UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| BRIAN CAMUEL, | ) | |
| Plaintiff, | ) Civil Case No. 5:17-cv-495-JMH | |
| V. | ) | |
| THE KROGER COMPANY, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In keeping with the Court's Orders of today's date, **IT IS ORDERED**:

(1) That judgment is entered in favor of Defendant;

(2) That Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE;**

(3) That all pending motions are **DENIED AS MOOT;**

(4) That all scheduled proceedings and deadlines are **CONTINUED GENERALLY;**

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY;** and

(6) That this action is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET.**

This the 28th day of September, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge